IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01450-WDM

M2M DATA CORPORATION,

    Plaintiff,

v.

IMPLICIT MONITORING SOLUTIONS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Counsel's motion to withdraw is granted.  It is further ordered that the motion to withdraw motion to reconsider and motion to amend notice of removal (doc. no. 24) are granted; doc. nos. 10 and 12 are moot.

Dated:  September 27, 2007

                                            s/ Jane Trexler, Judicial Assistant